**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSHUA SINKLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-CV-701-JSD |
| | ) | |
| ST. CHARLES COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the record. On August 26, 2026, the Court issued an Order denying *pro se* Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs ("Application") as incomplete and ordering Plaintiff to file a new Application answering all the form's questions or pay the full filing fee within 30 days. (ECF No. 5.) The Court warned Plaintiff that failure to comply with the Court's Order would result in dismissal of this action without prejudice and without further notice. (*Id.* at 2.) This Court mailed Plaintiff the Order and an Application form; however, the mail was returned as undeliverable on September 23, 2026. (ECF No. 6.) To date, Plaintiff has not updated his address, paid the filing fee, or filed a corrected Application.

Because Plaintiff has not updated his address, he has failed to abide by this Court's Local Rules. Local Rule 2.06 provides that "[e]very self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number." E.D. Mo. L.R. 2.06(B). This rule further provides that "[i]f any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court

may, without further notice, dismiss the action without prejudice." *Id.* The Court has provided Plaintiff over thirty days to update his address, yet he has failed to do so. Thus, dismissal is warranted under Local Rule 2.06(B). Plaintiff has also failed to abide with this Court's Order and Local Rules by paying the filing fee or submitting a corrected Application. Local Rule 2.01 authorizes the Clerk of Court to refuse to receive any pleadings "until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." E.D. Mo. L.R. 2.01(B)(1). Because Plaintiff has neither paid the fee nor filed a corrected Application, dismissal is also warranted under L.R. 2.01.

Therefore, the Court will dismiss this action, without prejudice, due to Plaintiff's failure to comply with this Court's Local Rules and August 26 Order and his failure to prosecute his case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (stating the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (stating a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(b). A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal would not be taken in good faith.

Dated this 10th day of November 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE